STATE of Missouri, Respondent,

v.

Clarence DAVIS, Appellant.

Clarence DAVIS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 50067, 51338.

Missouri Court of Appeals,
Western District.

May 21, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 2, 1996.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Philip M. Koppe, Asst. Attorney General, Kansas City, for Respondent.

Jarrett A. Johnson, Asst. Appellate Defender, Kansas City, for Appellant.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

Davis appeals from convictions for burglary, § 569.160, RSMo. (1986), and stealing a credit card, § 570.030, RSMo. (1986), and from sentences as a prior and persistent offender to concurrent sentences of twenty and seven years. The appeal taken on denial of relief under Rule 29.15 is deemed abandoned. Judgments affirmed. Rules 30.25(b) and 84.16(b).